957 F.Supp. 799 (1997)
KENTWOOD LIMITED, Plaintiff,
v.
UNITED STATES of America, William R. Watson, III, Sea Legs, Inc. d/b/a/ Sea Tow Services Hampton Roads, and Sea Tow Services International, Inc., in personam, Defendants.
Civil Action No. 2:96cv58.
United States District Court, E.D. Virginia, Norfolk Division.
January 15, 1997.
John E. Holloway, Hunton & Williams, Norfolk, VA, for William R. Watson, III and Sea Legs, Inc.
*800 David H. Sump, Crenshaw, Ware & Martin, P.L.C., Norfolk, VA, for Plaintiff.
Richard T. Buckingham, Torts Branch, Civil Division, U.S. Dept. of Justice, Washington, D.C., Anita K. Henry, Asst. U.S. Atty., Norfolk, VA, for U.S.
Prior report: 930 F.Supp. 227.

CONSENT ORDER
CLARKE, District Judge.
By agreement of the parties and for good cause shown, the Court vacates its Memorandum and Order entered June 19, 1996.